# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142637

BRIAN BEARD,
        Plaintiff-Appellant,

v

JAMES HORTON, JR., D.O. and HASTINGS
ORTHOPEDIC CLINIC, P.C.,
        Defendants-Appellees.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142637
COA: 290153
Barry CC: 07-000088-NH

_____/

On order of the Court, the application for leave to appeal the November 4, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

d0516

_____
Clerk